COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
3900 Cleveland Avenue, Suite 102
San Diego, CA 92103
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>FREE BUILDERS SUPPLY, INC., a California corporation,<br><br>Defendant. | Civil Case No.: 3:21-cv-01350-CAB-MDD<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs Coastal Environmental Rights Foundation and San Diego Coastkeeper, and Defendant Free Builders Supply, Inc. ("the Parties") have reached a settlement whose specific terms are set forth in a proposed Consent Decree, which is attached to this Notice and filed herewith as Exhibit "A."

On October 21, 2021, Plaintiffs mailed copies of the proposed Consent Decree to the Administrator of the U.S. E.P.A, the U.S. Attorney General, Citizen Suit Coordinator, and the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. (*Id*).

Plaintiffs will notify the Court upon receipt of such notice. The Court may sign and enter the Consent Decree after the 45-day review period has run. (See 40 C.F.R. § 135.5). Plaintiffs will therefore submit the proposed Consent Decree to the Court for the Court's consideration upon expiration of the 45-day review period.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: October 21, 2021

    Respectfully submitted,

    COAST LAW GROUP LLP

    By: <u>s/Livia B. Beaudin</u>
    LIVIA B. BEAUDIN
    Attorney for Plaintiffs
    COASTAL ENVIRONMENTAL
    RIGHTS FOUNDATION
    E-mail: livia@coastlaw.com

SAN DIEGO COASTKEEPER

By: s/Matt O'Malley
MATT O'MALLEY
Attorney for Plaintiffs
SAN DIEGO COASTKEEPER
E-mail: matt@sdcoastkeeper.org

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matt O'Malley, co-counsel for San Diego Coastkeeper, and that I have obtained Mr. O'Malley's authorization to affix his electronic signature to this document.

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorney for Plaintiffs
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION
