COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
3900 Cleveland Avenue, Suite 102
San Diego, CA 92103
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>FREE BUILDERS SUPPLY, INC., a California corporation,<br><br>Defendant. | Civil Case No.: 3:21-cv-01350-CAB-MDD<br><br>**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER AND REQUEST FOR ENTRY OF CONSENT DECREE** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on October 21, 2021, Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation notified the Court that a proposed Consent Decree was served on the U.S. Department of Justice ("DOJ") and the U.S. Environmental Protection Agency ("EPA") for the mandatory 45-day review period required by 40 C.F.R. § 135.5. *See* Doc. No. 9. The proposed Consent Decree was delivered to the U.S. Department of Justice Citizen Suit Coordinator, on behalf of the Attorney General on October 21, 2021 and to the Administrator of EPA on October 28, 2021. Therefore, the agencies' 45-day review period expires on December 13, 2021.

On December 6, 2021, the DOJ served counsel of record for Plaintiffs the attached letter ("Letter") stating it has completed its review of the proposed Consent Decree and "does not object to its entry by this Court." *See* DOJ letter attached hereto as Exhibit 1. The DOJ requested that Counsel for Plaintiffs file its Letter with this Court via ECF.

Upon expiration of the 45-day review period (on December 13, 2021) Plaintiffs will lodge the proposed Consent Decree with the Court, in Microsoft Word format, as well as the previously filed PDF version containing all exhibits. *See* Doc. No. 9-1. Accordingly, Plaintiffs respectfully request that this Court enter the proposed Consent Decree.

Dated: December 6, 2021

                          Respectfully submitted,

                          COAST LAW GROUP LLP

                          <u>By: s/Livia B. Beaudin</u>
                          LIVIA B. BEAUDIN
                          Attorney for Plaintiffs
                          COASTAL ENVIRONMENTAL RIGHTS FOUNDATION
                          E-mail: livia@coastlaw.com

SAN DIEGO COASTKEEPER

By: s/Matt O'Malley
MATT O'MALLEY
Attorney for Plaintiffs
SAN DIEGO COASTKEEPER
E-mail: matt@sdcoastkeeper.org

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matt O'Malley, co-counsel for San Diego Coastkeeper, and that I have obtained Mr. O'Malley's authorization to affix his electronic signature to this document.

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorney for Plaintiffs
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION